UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANDRE LINDSAY, | ) | CASE NO. CV 07-4265 AGR |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: September 10, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE